# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CONNIE MCLENNAN, VIRGINIA ZONTOK, CARYL FARRELL, on behalf of themselves and all others similarly situated,<br><br>          Plaintiffs,<br><br>  v.<br><br>LG ELECTRONICS USA, INC.<br><br>          Defendant. | Case No. 10-cv-3604-WJM-MF |

**NOTICE OF UNOPPOSED MOTION FOR FINAL APPROVAL OF SETTLEMENT AND APPROVAL OF ATTORNEYS' FEES, COSTS, AND INCENTIVE AWARDS**

            Jonathan D. Selbin
            Jason L. Lichtman
            LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
            250 Hudson Street, 8th Floor
            New York, NY 10013
            Telephone: (212) 355-9500

            Kristen Law Sagafi
            LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
            275 Battery Street, 29th Floor
            San Francisco, CA 94111
            Telephone: (415) 956-1000

            James E. Cecchi
            CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.
            5 Becker Farm Road
            Roseland, NJ 07068
            (973) 994-1700

            Paul R. Kiesel
            KIESEL BOUCHER LARSON, LLP
            8648 Wilshire Boulevard
            Beverly Hills, CA 90211-2910
            (310) 854-4444

            *Counsel for Plaintiffs*

TO:  THE HONORABLE COURT AND ALL COUNSEL OF RECORD

PLEASE TAKE NOTICE that on January 17, 2012 at 11:00 a.m., or at a time and date to be otherwise set by the Court, the undersigned counsel for Plaintiffs and the Class shall move for an Order granting final approval of the settlement between Plaintiffs and Defendant.  This motion shall take place before the Honorable William J. Martini, U.S.D.J., at the Martin Luther King, Jr. Federal Building, 50 Walnut Street, Newark, New Jersey.  The proposed form of order for final approval of the settlement agreement and approval of attorneys' fees, costs, and incentive awards is attached as Exhibit "A."

The undersigned intend to rely upon the Memorandum of Law in Support of Final Approval (filed contemporaneously), all supporting papers thereto, and the papers filed on November 21, 2011 in support of the Motion for Approval of Fees, Costs, and Incentive Awards.  In the event that any person or entity objects to this settlement on or before January 10, 2012 (the Court-imposed deadline for such objections), the undersigned will also file reply briefing.

This Motion is unopposed.

Oral argument is requested.

Dated:  December 21, 2011                     Respectfully submitted,

                                              LIEFF CABRASER HEIMANN &
                                              BERNSTEIN, LLP

                                              By: /s/ Jason Louis Lichtman___
                                              Jonathan D. Selbin
                                              Jason L. Lichtman
                                              LIEFF, CABRASER, HEIMANN &
                                              BERNSTEIN, LLP
                                              250 Hudson Street, 8th Floor
                                              New York, NY 10013
                                              Telephone: (212) 355-9500

- 1 -

Kristen Law Sagafi
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000

James E. Cecchi
CARELLA, BYRNE, CECCHI, OLSTEIN,
BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, NJ 07068
(973) 994-1700

Paul R. Kiesel
KIESEL BOUCHER LARSON, LLP
8648 Wilshire Boulevard
Beverly Hills, CA 90211-2910
(310) 854-4444

*Counsel for Plaintiffs*

- 2 -

953106.1